January 8, 2024

**VIA ECF**
The Honorable Gina M Groh
United States District Court
Northern District of West Virginia
217 W. King Street
Martinsburg, WV  25401

        Re: **Adamez V. Trans Union LLC; 3:2023-cv-00173 (GMG)**
        *Notice of Settlement in Principle between Plaintiff and Trans Union LLC Only*

Dear Judge Gina M Groh:

        This firm represents Plaintiff in the above-referenced action ("Action"). On behalf of Plaintiff and Defendant Trans Union LLC ("Trans Union" together the "Parties"), I write to inform the Court that these parties have reached a confidential settlement in principle of Plaintiff's claims against Trans Union in the Action. So that the Parties have sufficient time to (a) finalize and execute a settlement agreement ("Agreement") and (b) assure that all conditions of the Agreement are satisfied, Plaintiff respectfully requests until March 8, 2024 to file a joint stipulation and proposed order dismissing all claims against Trans Union with prejudice.

                                                    Respectfully submitted,

                                                    James R. Ticchio